IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERICO CUADRAS, JR.,** <br><br> Petitioner, <br><br> v. <br><br> **M.S. EVANS, Warden,** <br><br> Respondent. | CIV S-07-0222 LKK GGH P <br><br> **ORDER** |

Respondent has requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner.  GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including April 23, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

DATED:   4/3/07

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

cuad0222.po

Proposed Order