1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FEDERICO CUADRAS, JR.,

11              Petitioner,                    No. CIV S-07-0222 LKK GGH P

12        vs.

13   M.S. EVANS, Warden,

14              Respondent.            ORDER

15   _____/

16        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On December 27, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23        The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed December 27, 2007, are adopted in

2   full; and

3          2.  Respondent's April 20, 2007, motion to dismiss is granted on the ground that

4   the instant petition is barred by the AEDPA statute of limitations.

5   DATED:   March 6, 2008.

6

7   _____

8   LAWRENCE K. KARLTON
    SENIOR JUDGE
9   UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26